# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARYANN OLSZEWSKI,<br><br>                Plaintiff,<br>v.<br><br>THE CBE GROUP, INC.,<br><br>                Defendant. | Case No. 19-CV-1253-JPS<br><br>**ORDER** |

On August 29, 2019, Plaintiff filed a complaint in the above-captioned matter alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*, and Wisconsin state law. (Docket #1). That same day, Plaintiff filed a motion to certify class, grant relief from briefing requirements, and stay class certification. (Docket #3). On December 3, 2019, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (Docket #6). Defendant has yet to file an answer or a motion for summary judgment. The Court will, therefore, adopt the notice of voluntary dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #6) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion to certify class, grant relief from briefing requirements, and stay class certification (Docket #3) be and the same is hereby **DENIED as moot**, and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own fees and costs.

Dated at Milwaukee, Wisconsin, this 11th day of December, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge